**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **EMEND HEALTH CORPORATION** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | **Civil Action No. 0:26-cv-00088-DLB-EBA** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SHELTON ROBINSON** | ) | |
| **PROPERTIES LLC,** | ) | |
| **et al.** | ) | ***ELECTRONICALLY FILED*** |
| | ) | |
| | ) | |
| **Defendants** | ) | |

**WALKER LAND COMPANY VI, LLC'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Comes the Defendant, Walker Land Company VI, LLC ("Walker"), by and through counsel, and submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. There is no parent company or public entity holding 10% or more of Walker stock. Walker is a Kentucky limited liability company with its principal office located at 200 Apperson Heights, Suite 200, Mount Sterling, KY 40353. Arthur Walker III, Arthur Walker IV and Jacob Schirmer are the sole members of Walker and all are residents of the Commonwealth of Kentucky.

Respectfully submitted,

*/s/ Scott A. Schuette*
Scott A. Schuette (KBA #98591)
Emily M. Henshaw (KBA #100512)
McBrayer PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
Office: (859) 231-8780
Fax: (859) 231-1175
sschuette@mcbrayerfirm.com
ehenshaw@mcbrayerfirm.com
*Counsel for Defendant, Walker Land Company VI, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, I electronically filed this Corporate Disclosure Statement with the Clerk of the Court, which will send electronic notice to all counsel of record.

*/s/ Scott A. Schuette*
Scott A. Schuette (KBA #98591)
*Counsel for Defendant, Walker Land Company VI, LLC*

4937-8815-6861, v. 1