UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:26-CV-00088-DLB-EBA

EMEND HEALTH CORPORATION, PLAINTIFFS,

V.

**ORDER**

SHELTON ROBINSON PROPERTIES LLC., *et al.* DEFENDANTS.

*** *** *** ***

As required by United States Code 28 U.S.C. § 455, the undersigned will recuse from further responsibility in this action. Therefore, in accordance with General Order 18-22, and with the agreement of the participating United States Magistrate Judges,

**IT IS ORDERED** that this matter is **REASSIGNED** to Magistrate Judge Candace J. Smith.

Signed July 31, 2026.

**Signed By:**
***Edward B. Atkins***
**United States Magistrate Judge**