**AFFIDAVIT OF JOHN WILSON**

1) I am in-house legal counsel for Addiction Recovery Care, LLC and subsidiaries thereof, including Defendant Shelton Robinson LLC.
2) Defendant is a wholly owned subsidiary of Addiction Recovery Care, LLC.
3) On June 5, 2026, the owner and Chief Executive Officer of Addiction Recovery Care, LLC unexpectedly resigned.
4) After the resignation of the Chief Executive Office, an interim management team was assembled for the purpose of restructuring and stabilizing Addiction Recovery Care, LLC and all subsidiaries, including Defendant.
5) The Complaint in this action was filed on June 8, 2026 and entered into the public record on June 9, 2026, mere days after the resignation of the CEO and change of management of Defendant, Defendant's parent company, and all affiliates thereof.
6) The Complaint in this action was served on the registered agent for Defendant on June 10, 2026.
7) The interim management team has been focused on the myriad and complex tasks necessary to preserve critical mental, behavioral, and primary healthcare services and employment for hundreds of employees.
8) The new management team mistakenly believed that a motion for an extension of time to respond had been filed in this action.
9) The filing of a late answer in this matter was the result of inadvertent oversight.

FURTHER AFFIANT SAYETH NAUGHT.

JOHN WILSON

STATE OF KENTUCKY )
COUNTY OF Shelby )

The foregoing Affidavit was acknowledged, subscribed and sworn to before me this 24th day of August, 2026, by John Wilson, to be his free act and true and correct to the best of his knowledge and belief.

NOTARY PUBLIC
Name (Printed): Jessica A. Burke
Notary No.: KYNP65268
My commission expires: 01/20/2027