**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**

**EMEND HEALTH CORPORATION** **Plaintiff,**

**vs.**

**SHELTON ROBINSON PROPERTIES LLC**
**and WALKER LAND COMPANY VI, LLC** **Defendants.**

**ORDER GRANTING DEFENDANT SHELTON ROBINSON PROPERTIES' MOTION TO SET ASIDE THE DEFAULT JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 55(c) and 60(b) and FOR LEAVE TO FILE A LATE ANSWER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(B)**

This matter having come before the Court on the Amended Motion of Defendant Shelton Robinson Properties, LLC for leave to file a late answer pursuant to Fed. R. Civ. P. 6(b)(1)(B) and to set aside the default judgment pursuant to Fed. R. Civ. P. 55(c) and 60(b), all parties having had an opportunity to be heard, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant Shelton Robinson Properties' Motion to Set Aside the Default Judgment Pursuant to Fed. R. Civ. P. 55(c) and 60(b) and for Leave to File a Late Answer Pursuant to Fed. R. Civ. P. 6(b)(1)(B) is hereby **GRANTED**. Defendant Shelton Robinson's Answer shall be entered into the record.

Defendant Shelton Robinson Properties has shown sufficient good cause and excusable neglect for the filing of a late Answer in this proceeding. There has been no evidence shown that Defendant Shelton Robinson Properties has failed to act in good faith in the filing of an Answer in this proceeding.

The Motion for Leave to File a Late Answer, and Defendant Shelton Robinson Properties' Answer, was filed eight seven days after it was due, with a three-day federal holiday weekend occurring during the time between the time the answer was due and the time the answer was filed.

Defendant Walker Land Company VI, LLC, having received an extension to file an Answer, filed their Answer on July 14, 2026, four days after Defendant Shelton Robinson Properties, LLC filed their Answer. Plaintiff has not been prejudiced or harmed by the filing of an Answer by Defendant Shelton Robinson Properties, LLC on July 10, 2026. Proceedings in this matter have not been delayed as a result of Defendant Shelton Robinson Properties late Answer. In contrast, Defendant Shelton Robinson would be harmed and prejudiced by the entry of a default judgment in this matter.

SO ORDERED this ______ day of _____________, 2026.

______________________________
United States District Judge