**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**

**EMEND HEALTH CORPORATION** **Plaintiff,**

**vs.**

**SHELTON ROBINSON PROPERTIES LLC**
**and WALKER LAND COMPANY VI, LLC** **Defendants.**

**DEFENDANT SHELTON ROBINSON PROPERTIES LLC**
**ANSWER TO COMPLAINT**

Defendant, Shelton Robinson Properties, LLC ("Defendant") files this Answer to Complaint and answers Plaintiff's Complaint as follows:

## I. PARTIES

1. Defendant is without sufficient knowledge or belief to answer paragraph 1.
2. Defendant admits paragraph 2.
3. Defendant is without sufficient knowledge or belief to answer paragraph 3.

## II. JURISDICTION AND VENUE

4. Defendant denies paragraph 4.
5. Defendant is without sufficient knowledge or belief to answer paragraph 5.
6. Defendant admits paragraph 6 insofar as Defendant Shelton Robinson Properties LLC is a limited liability company. The contents of filings with the Kentucky Secretary of State are neither admitted nor denied but speak for themselves. Assertions of law require no response; to the extent a response is required, Defendant denies all assertions of law.

7. The contents of filings with the Kentucky Secretary of State set forth in paragraph 7 are neither admitted nor denied but speak for themselves.
8. Defendant admits paragraph 8 insofar as the amount in controversy in this action exceeds $75,000.00. Assertions of law require no response; to the extent a response is required, Defendant denies all assertions of law.
9. Assertions of law contained in paragraph 9 require no response; to the extent a response is required, Defendant denies all assertions of law.
10. Defendant denies paragraph 10.
11. Defendant denies paragraph 11.
12. Assertions of law contained in paragraph 12 require no response; to the extent a response is required, Defendant denies all assertions of law.
13. Defendant denies paragraph 13.
14. Defendant admits paragraph 14.
15. Defendant neither admits nor denies paragraph 15 as the document speaks for itself.
16. Defendant admits paragraph 16.
17. Defendant asserts paragraph 17.

## III. FACTUAL BACKGROUND

18. Defendant denies paragraph 18.
19. Defendant denies paragraph 19.
20. Defendant denies paragraph 20.
21. Defendant denies paragraph 21.
22. Defendant denies paragraph 22.

23. Paragraph 23 is a statement of Plaintiff's requested relief and requires no response; to the extent a response is required, Defendant denies paragraph 23.
24. Defendant denies paragraph 24.
25. Defendant admits paragraph 25 insofar as the members of Bellefonte Properties LLC are Shelton Robinson Properties LLC and Walker Land Company IV, LLC.
26. Defendant denies paragraph 26.
27. Defendant paragraph 27.
28. Defendant is without sufficient knowledge to admit or deny paragraph 28.
29. Defendant denies paragraph 29.
30. Defendant denies paragraph 30.
31. Defendant denies paragraph 31.
32. Defendant denies paragraph 32.
33. Defendant denies paragraph 33.
34. Defendant denies paragraph 34.
35. Defendant denies paragraph 35.
36. Defendant denies paragraph 36.
37. Defendant denies paragraph 37.
38. Defendant denies paragraph 38.
39. Defendant denies paragraph 39.
40. Defendant denies paragraph 40.
41. Defendant denies paragraph 41.
42. Defendant denies paragraph 42.
43. Defendant denies paragraph 43.

44. Defendant denies paragraph 44.

45. Defendant denies paragraph 45.

## IV. CAUSES OF ACTION

46. Paragraph 46 requires no response; to the extent a response is required, Defendant denies paragraph 46.

47. Assertions of law contained in paragraph 47 require no response; to the extent a response is required, Defendant denies all assertions of law.

48. Assertions of law contained in paragraph 48 require no response; to the extent a response is required, Defendant denies all assertions of law.

49. Paragraph 49 is a statement of Plaintiff's requested relief and requires no response; to the extent a response is required, Defendant denies paragraph 49.

50. Paragraph 50 is a statement of Plaintiff's requested relief and requires no response; to the extent a response is required, Defendant denies paragraph 50.

51. Paragraph 51 requires no response; to the extent a response is required, Defendant denies paragraph 51.

52. Assertions of law contained in paragraph 52 require no response; to the extent a response is required, Defendant denies all assertions of law.

53. Assertions of law contained in paragraph 53 require no response; to the extent a response is required, Defendant denies all assertions of law.

54. Paragraph 54 is a statement of Plaintiff's requested relief and requires no response; to the extent a response is required, Defendant denies paragraph 54.

55. Paragraph 55 is a statement of Plaintiff's requested relief and requires no response; to the extent a response is required, Defendant denies paragraph 55.

56. Paragraph 56 requires no response; to the extent a response is required, Defendant denies paragraph 56.
57. Assertions of law contained in paragraph 57 require no response; to the extent a response is required, Defendant denies all assertions of law.
58. Assertions of law contained in paragraph 58 require no response; to the extent a response is required, Defendant denies all assertions of law.
59. Paragraph 59 is a statement of Plaintiff's requested relief and requires no response; to the extent a response is required, Defendant denies paragraph 59.
60. Paragraph 60 is a statement of Plaintiff's requested relief and requires no response; to the extent a response is required, Defendant denies paragraph 60.

## V. CONDITIONS PRECEDENT

61. Defendant denies paragraph 61.

## DEFENSES AND/OR AFFIRMATIVE DEFENSES

Defendant states the following Defenses to Plaintiff's Complaint. Defendant expressly reserves the right to assert additional defenses as they become known or available.

1. A declaratory judgment would not terminate the uncertainty or controversy giving rise to this proceeding.
2. Plaintiffs' Complaint fails to state a claim upon which relief can be granted.
3. The Petition is barred by the doctrines of estoppel, laches, and/or waiver.
4. The Petition should be dismissed for failure to join parties necessary for a just adjudication of the issues.

5. Upon information and belief, and in order to avoid a waiver of certain defenses, this Defendant states that the Petition should be dismissed because diversity or jurisdiction does not exist between the Plaintiff and Defendant.
6. Any asserted contracts are void due to intentional fraudulent misrepresentation of Plaintiff.
7. Any asserted contracts are void due to duress.
8. Any asserted contracts are invalid due to Plaintiff's failure to perform as required.
9. Any asserted contracts are void due to failure of consideration.
10. Defendant further asserts the defenses of accord and satisfaction, assumption of risk, contributory negligence, estoppel, illegality, laches, release, and waiver.

WHEREFORE, Defendant Shelton Robinson Properties LLC denies that Plaintiff is entitled to any of the relief they seek, and further prays as follows:

1. That this Court deny Plaintiff's request for declaratory judgment, with all costs against Plaintiff.
2. For such other and further relief as it deems just and proper under the circumstances, including attorneys' fees and expenses of litigation.

Respectfully submitted,

/s/ Jessica A. Burke
Burke Law Group
KY Bar 94066
860 Geoghegan Road
Shelbyville KY 40065
(859) 533-3269
jessica@jblawoffices.net

Counsel for Defendant
Shelton Robinson  Properties LLC